OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUL. 10. 2015

7/8/2015

ELIAS, BENJAMIN          Tr. Ct. No. 970D11232-243-01                    WR-83,446-01

This is to advise that the Court has denied without written order the application for writ of habeas corpus.

Abel Acosta, Clerk



BENJAMIN ELIAS
WILLACY UNIT - TDC # 819778

UTF

U.TF